| | |
|---|---|
| SINGER CASHMAN LLP<br>  Adam Cashman (Bar No. 255063)<br>  acashman@singercashman.com<br>  Doug Tilley (Bar No. 265997)<br>  dtilley@singercashman.com<br>601 Montgomery Street, Suite 1950<br>San Francisco, California  94111<br>Telephone:     (415) 500-6080<br>Facsimile:      (415) 500-6080<br>*Attorneys for Eventbrite, Inc.* | SQUIRE PATTON BOGGS (US) LLP<br>  Mark C. Dosker (Bar No. 114789)<br>  mark.dosker@squirepb.com<br>  Elliott J. Joh (Bar No. 264927)<br>  elliott.joh@squirepb.com<br>275 Battery Street, Suite 2600<br>San Francisco, California  94111<br>Telephone:     (415) 954-0200<br>Facsimile:      (415) 393-9887<br>*Attorneys for Defendants Fab Loranger,*<br>*Taurus Investment Group Inc., Taurus Site*<br>*Services Inc., and Taurus Projects Group Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN COUNTY OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVENTBRITE, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>FAB LORANGER, an individual; TAURUS INVESTMENT GROUP INC., a Canadian corporation; TAURUS PROJECTS GROUP INC., a Canadian corporation; TAURUS SITE SERVICES INC., a Canadian corporation; and DOES 1 THROUGH 10, inclusive,<br><br>             Defendants. | CASE NO. 3:19-CV-04083-RS<br><br>**STIPULATED REQUEST UNDER CIV. L.R. 6-2(A) FOR ORDER FURTHER MODIFYING DEADLINE FOR SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; STIPULATION FOR JURISDICTIONAL DISCOVERY AS MODIFIED BY THE COURT**<br><br>Related Case:  3:19-CV-04084-RS |

By and through their undersigned counsel of record, Plaintiff Eventbrite, Inc. ("Eventbrite") and Defendants Fab Loranger ("Mr. Loranger"), Taurus Investment Group Inc., Taurus Site Services Inc., and Taurus Projects Group Inc. (collectively, "Defendants" and, together with Eventbrite, the "Parties"), pursuant to Civ. L.R. 6-2(a) and 7-12, hereby submit this Stipulated Request for Order further modifying the Parties' current deadline to submit supplemental briefing concerning Defendants' motion to dismiss and to continue the Case Management Conference currently scheduled for May 28, 2020, and Stipulation for jurisdictional discovery:

WHEREAS, on October 10, 2019, Defendants moved to dismiss Eventbrite's First Amended Complaint for lack of personal jurisdiction, improper venue, and *forum non conveniens* (*see* Dkt. No. 38, Defendants' "Motion");

WHEREAS, after reviewing Eventbrite's Opposition to the Motion and Defendants' Reply in support of the same (*see* Dkt. Nos. 44, 47), and convening a hearing on November 14, 2019 to receive additional argument (*see* Dkt. No. 48), on November 19, 2019, the Court entered an Order (a) denying Defendants' Motion as to Mr. Loranger; (b) staying for 75 days Defendants' Motion as to the Taurus Defendants; (c) authorizing Eventbrite to take written and testimonial jurisdictional discovery; and (d) setting a February 3, 2020 deadline for the Parties to submit any supplemental briefing concerning Defendants' Motion (*see* Dkt. No. 52);

WHEREAS, on November 27, 2019, Eventbrite served jurisdictional discovery requests on Defendants;

WHEREAS, on December 17, 2019, the Court set a Case Management Conference for February 27, 2020, and related additional deadlines (*see* Dkt. No. 55);

WHEREAS, the Parties previously agreed to conduct a private mediation before Randall Wulff on March 31, 2020. Accordingly, on January 8, 2020, the Parties submitted to the Court a Stipulation to modify the case calendar in order to facilitate such mediation (*see* Dkt. No. 58 (the "First Stipulation");

WHEREAS, on January 8, 2020, the Court approved the First Stipulation and entered an Order modifying the case calendar as requested by the Parties (*see* Dkt. Nos. 59, 60);

WHEREAS, due to the outbreak of COVID-19 and the travel, social, and other restrictions imposed in light of the same, the Parties agreed to reschedule mediation for June 9, 2020;

WHEREAS, to facilitate potential out-of-court resolution, the Parties have agreed to defer until after the rescheduled mediation Defendants' deadlines to respond to Eventbrite's jurisdictional discovery requests; depositions pursuant to the Court's November 19, 2019 Order and October 25, 2019 Order granting Eventbrite's Motion for Preliminary Injunction; further briefing on Defendants' Motion; and other case action items.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. In the event mediation fails to resolve the case, Defendants shall respond to Eventbrite's jurisdictional discovery requests and, subject to any objections they may assert, serve all documents and information responsive to such requests, on or before June 26, 2020;

2. To the extent Eventbrite perceives any deficiencies or defects in Defendants' written responses to Eventbrite's jurisdictional discovery requests and associated document productions, the Parties shall meet and confer promptly in order to avoid motion practice or narrow issues requiring the Court's intervention. To the extent the Parties agree that supplemental written responses and/or document productions are warranted, Defendants shall provide any such supplemental written responses and/or document productions by July 10, 2020;

3. In the event the Parties are unable to resolve any issues relating to Defendants' responses to Eventbrite's jurisdictional discovery requests and associated document productions, Eventbrite shall file appropriate motion(s) to compel on or before July 17, 2020. Defendants' opposition(s) to such motion(s) shall be filed on or before July 24, 2020. Eventbrite's reply(ies) to such opposition(s) shall be filed on or before July 31, 2020. The Parties will work with Court staff in order to facilitate an expedited hearing on any motion(s) filed under this Paragraph.

4. In the absence of any motion(s) by Eventbrite to compel further jurisdictional discovery responses from Defendants, unless otherwise agreed in writing by the Parties, Mr. Loranger will appear for deposition in San Francisco, California between July 17 and July 24, 2020, to testify as required under the Court's Orders dated October 25, 2019 and November 19, 2019. In the event that Eventbrite files any motion(s) to compel further responses, unless otherwise agreed in writing by the Parties, Mr.

Loranger will appear for deposition in San Francisco, California 14 days after the latter of (a) the Court's Order resolving the last outstanding such motion, or (b) the latest compliance date set by the Court for service by Defendants of supplemental responses;

5. In the absence of any motion(s) by Eventbrite to compel further jurisdictional discovery responses from Defendants, unless otherwise agreed in writing by the Parties, the witness(es) designated to testify on behalf of each Taurus Defendant pursuant to Fed. R. Civ. P. 30(b)(6) will appear for deposition in San Francisco, California between July 17 and July 24, 2020, to testify as required under the Court's November 14, 2019 Order. In the event that Eventbrite files any motion(s) to compel further responses, unless otherwise agreed in writing by the Parties, the witness(es) designated to testify on behalf of each Taurus Defendant pursuant to Fed. R. Civ. P. 30(b)(6) will appear for deposition in San Francisco, California 14 days after the latter of (a) the Court's Order resolving the last outstanding such motion, or (b) the latest compliance date set by the Court for service by Defendants of supplemental responses. Unless otherwise agreed in writing by the Parties, Eventbrite shall serve Topics for such depositions of the Taurus Defendants on or before July 3, 2020;

6. In the absence of any motion(s) by Eventbrite to compel further jurisdictional discovery responses from Defendants, unless otherwise agreed in writing by the Parties, any additional depositions noticed by Eventbrite under the Court's Orders dated October 25, 2019 and November 19, 2019 shall be completed on or before August 7, 2020. In the event that Eventbrite files any motion(s) to compel further responses, unless otherwise agreed in writing by the Parties, any additional depositions noticed by Eventbrite under the Court's Orders dated October 25, 2019 and November 19, 2019 shall be completed within 21 days of the latter of (a) the Court's Order resolving the last outstanding such motion, or (b) the latest compliance date set by the Court for service by Defendants of supplemental responses;

7. In the absence of any motion(s) by Eventbrite to compel further jurisdictional discovery responses from Defendants, unless otherwise ordered by the Court, the Parties may submit up to ten pages of supplemental briefing in support of or opposition to the Taurus Defendants' motion to dismiss for lack of personal jurisdiction, improper venue, and *forum non conveniens* on or before August 21, 2020 (*see* Dkt. No. 38). In the event that Eventbrite files any motion(s) to compel further responses,

unless otherwise agreed in writing by the Parties or ordered by the Court, any supplemental briefing in support of or opposition to the Taurus Defendants' motion to dismiss shall be submitted on or before 30 days after the latter of (a) the Court's Order resolving the last outstanding such motion, or (b) the latest compliance date set by the Court for service by Defendants of supplemental responses; and

8. Unless otherwise agreed in writing by the Parties, the Parties shall complete their discovery conference under Fed. R. Civ. P. 26(f) on or before June 24, 2020.

9. The Case Management Conference currently scheduled for May 28, 2020 shall be continued to September 24, 2020 at 10:00 am in Courtroom 3, 17th Floor, San Francisco. Case Management Statement due September 17, 2020.

10. In the event mediation is canceled, the Parties shall meet and confer regarding the deadlines set forth above and shall submit a revised schedule to the Court within seven business days of the cancellation of mediation.

Pursuant to Civ. L.R. 6-2(a), the Parties advise that there have been the following previous time modifications, whether by stipulation or Order of the Court: (1) a stipulation to extend Defendants' time to respond to Eventbrite's First Amended Complaint; (2) a stipulation modifying the briefing and hearing schedule applicable to Eventbrite's motion for preliminary injunction and application for writ for attachment (*see* Dkt Nos. 21, 22); (3) a stipulation further modifying the briefing and hearing schedule applicable to Eventbrite's motion for preliminary injunction and application for writ for attachment, and setting a briefing schedule for Defendants' Motion (*see* Dkt. Nos. 31, 32); (4) the First Stipulation and Order to modify the case calendar pending mediation, which has now been rescheduled for June 9, 2020 as set forth above (*see* Dkt. Nos. 58, 59); and (5) three continuances of the initial Case Management Conference (*see* Dkt. Nos. 46, 55, 60).

Pursuant to Civ. L.R. 6-2(a), the Parties advise that the above Stipulation, if entered, would have only minor impact on the case calendar, by deferring the Case Management Conference and resolution of the Taurus Defendants' motion to dismiss for lack of personal jurisdiction, improper venue, and *forum non conveniens*. No Case Management Conference has yet been held. No trial date has been set.

//

//

Respectfully submitted,

SINGER CASHMAN LLP

Dated: March 27, 2020             ___/s/ *Adam Cashman*_____
Adam Cashman
Doug Tilley
*Counsel for Plaintiff Eventbrite, Inc.*

SQUIRE PATTON BOGGS (US) LLP

Dated: March 27, 2020             ___/s/ *Mark C. Dosker*_____
Mark C. Dosker
Elliott Joh
*Counsel for Defendants Fab Loranger, Taurus Investments Group Inc., Taurus Site Services Inc., and Taurus Projects Group Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 27, 2020

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Pursuant to Civ. L.R. 5-1(i)(3), I attest that I have obtained from each signatory their concurrence to file this document.

Dated: March 27, 2020             _____
Doug Tilley