| | |
|---|---|
| SINGER CASHMAN LLP<br>Adam Cashman (CA Bar No. 255063)<br>acashman@singercashman.com<br>Doug Tilley (CA Bar No. 265997)<br>dtilley@singercashman.com<br>601 Montgomery Street, Suite 1950<br>San Francisco, California 94111<br>Telephone: (415) 500-6080<br>Facsimile: (415) 500-6080<br><br>*Attorneys for Eventbrite, Inc.* | SQUIRE PATTON BOGGS (US) LLP<br>Mark C. Dosker (CA Bar No. 114789)<br>mark.dosker@squirepb.com<br>Elliott J. Joh (CA Bar No. 264927)<br>elliott.joh@squirepb.com<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br><br>*Attorneys for Defendants Fab Loranger, Taurus Investment Group Inc., Taurus Site Services Inc., and Taurus Projects Group Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVENTBRITE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FAB LORANGER, an individual; TAURUS INVESTMENT GROUP INC., a Canadian corporation; TAURUS PROJECTS INC., a Canadian corporation; TAURUS SITE SERVICES INC., a Canadian corporation; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:19-CV-04083-RS<br><br>**STIPULATION AND ORDER DISSOLVING PRELIMINARY INJUNCTION, RELEASING INJUNCTION BOND TO PLAINTIFF, AND DISMISSING CASE WITH PREJUDICE** |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Civ. L.R. 7-12, Plaintiff Eventbrite, Inc.
2    ("Eventbrite") and Defendants Fab Loranger ("Mr. Loranger"), Taurus Investment Group Inc., Taurus
3    Site Services Inc., and Taurus Projects Group Inc. (incorrectly named in this Action as Taurus Projects,
4    Inc.) (collectively, "Defendants" and, together with Eventbrite, the "Parties"), by and through their
5    undersigned counsel of record, hereby submit this Stipulation and [Proposed] Order Dissolving
6    Preliminary Injunction, Releasing Injunction Bond to Eventbrite, and Dismissing Case With Prejudice,
7    as follows:

8    WHEREAS, Eventbrite initiated this Action against Defendants on July 16, 2019 (*see* Dkt. No.
9    1);

10   WHEREAS, on September 3, 2019, Eventbrite amended its Complaint to assert additional
11   claims against Defendants (*see* Dkt. No. 14);

12   WHEREAS, on September 6, 2019, Eventbrite moved for a preliminary injunction freezing
13   certain of Defendants' assets (*see* Dkt. No. 17);

14   WHEREAS, on October 25, 2019, the Court granted in part Eventbrite's motion for a
15   preliminary injunction and directed Eventbrite to submit a bond in the amount of $200,000 to secure
16   such preliminary injunction (the "Bond") (*see* Dkt. No. 42);

17   WHEREAS, on November 22, 2019, Eventbrite submitted the Bond to the Clerk of Court (*see*
18   Dkt. No. 54);

19   WHEREAS, the Parties conducted a private mediation on October 27, 2020, which resulted in
20   a settlement to resolve this Action; and

21   WHEREAS, the Parties have executed a written confidential settlement agreement, pursuant to
22   which the Parties agreed (among other things) to jointly request the Court to dissolve the preliminary
23   injunction, release the Bond to Eventbrite, and dismiss this Action with prejudice.

24   IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

25   1.    The Parties hereby respectfully request that the Court dissolve the preliminary
26   injunction.

27   2.    The Parties further respectfully request that the Court direct the Clerk to return the Bond
28   to Eventbrite at the following address: Eventbrite, Inc., P.O. Box 204845, Dallas, Texas 75320.

3. The Parties further respectfully request that this Action be dismissed with prejudice, and that this Action be closed in the Court's records.

Respectfully submitted,

SINGER CASHMAN LLP

Dated: November 10, 2020      /s/ *Adam S. Cashman*
Adam Cashman
Doug Tilley
*Counsel for Plaintiff Eventbrite, Inc.*

SQUIRE PATTON BOGGS (US) LLP

Dated: November 10, 2020      /s/ *Mark C. Dosker*
Mark C. Dosker
*Counsel for Defendants Fab Loranger, Taurus Investments Group Inc., Taurus Site Services Inc., and Taurus Projects Group Inc.*

Pursuant to Civ. L.R. 5-1(i)(3), I attest that I have obtained Mark Dosker's concurrence to file this document.

  /s/ *Adam S. Cashman*
Adam Cashman

Doc ID: e1365abb1f2d5aa9b81649e3a80f46eece7c0b9b

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

1. The Court's Order granting Eventbrite's motion for preliminary injunction (Dkt. No. 42) is hereby VACATED, and the preliminary injunction entered by the Court is hereby DISSOLVED and rendered without any legal effect.

2. The Clerk is hereby directed to release the Bond (in the amount of $200,000) to Eventbrite, by delivering to Eventbrite at the following address: Eventbrite, Inc., P.O. Box 204845, Dallas, Texas 75320.

3. This Action is hereby DISMISSED WITH PREJUDICE.

4. The Clerk is directed to close this case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 12, 2020

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE